UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MELISSA ISBELL, as natural mother and next friend of MIKALEN ISBELL,<br><br>    Plaintiff,<br><br>v.<br><br>ZIONSVILLE DONUTS INC.<br><br>    Defendant. | CASE NO. 1:23-cv-00081 |

**PETITION FOR REMOVAL OF ACTION**

Defendant, Zionsville Donuts, Inc. d/b/a Dunkin Donuts, by counsel, and for its Petition for Removal of Action, states as follows:

1. On May 5, 2022, Plaintiff filed her Complaint against Defendant in the Boone Circuit Court No. 1 of Indiana under Cause Number 06C01-2205-CT-000542.

2. In her Complaint, Plaintiff alleges that on September 1, 2021, she was an invitee of Zionsville Donuts Inc. while in the drive-thru, when she was handed a hot cup of tea with a lid that was not properly secured, which spilled onto Mikalen's lap, causing serious bodily injury.

3. Plaintiff alleges that she sustained damages as a result of an incident at the Dunkin Donuts located at 6842 Whitestown Parkway, in Zionsville, Indiana.

4. Plaintiff is a citizen of the State of Indiana.

5. Defendant is incorporated under the laws of the State of Indiana with its principal place of business in Itasca, Illinois.

6. Defendant was served with Plaintiff's Complaint by certified mail on May 10, 2022.

7. On August 3, 2022, Defense Counsel was retained and tendered Defendant's Answer, Affirmative Defenses, and Jury Demand in accordance with the court's order on September 6, 2022.

8. After initial pleadings were submitted to the Court, discovery between the parties was commenced. Defendant issued its discovery responses to Plaintiff on October 19, 2022.

9. On December 15, 2022, Plaintiff tendered her discovery responses, including but not limited to, Answers to Interrogatories and Responses to Requests for Production.

10. At the time of service up until December 15, 2022, Defendant did not have information supporting removal, such as the nature and extent of Plaintiff's claimed damages, and therefore did not believe this matter was suitable for removal.

11. Defendant contends that this cause is removable under 28 U.S.C. § 1332 and none of the impediments to removal under 28 U.S.C. § 1445 are present in this action.

12. In Plaintiff's responses, she disclosed the extent of her injuries, as well as the extent of her medical treatment and damages.

13. Defendant certifies that to the best of its knowledge, information and belief, the amount in controversy exceeds $75,000.00, exclusive of interest and costs, as Plaintiff has claimed damages totaling approximately $135,000.00. In addition, Plaintiff states that she still suffers from ongoing issues as a result of Defendant's negligence.

14. This Petition for Removal is being filed with the Court within thirty (30) days after determining that the basis for diversity jurisdiction exists.

15. Copies of all pleadings filed in the state court action that are in the possession of Defendant are attached as "Exhibit A".

16. Contemporaneously, a written notice is being provided to all adverse parties and to the Clerk of the Boone County Circuit Court No. 1 of Indiana that this Petition for Removal is being filed in this Court.

**WHEREFORE**, Defendant, Zionsville Donuts, Inc. d/b/a Dunkin Donuts respectfully requests that the entire state court action pending in the Boone County Circuit Court No. 1 of Indiana, under Cause Number 06C01-2205-CT-000542, be removed to this Court for all further proceedings.

Dated: January 13, 2023.

Respectfully submitted,

KOPKA PINKUS DOLIN PC

By: */s/ Jessica N. Hamilton*
    Jessica N. Hamilton, Atty No. 34268-71
    Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2023, the foregoing has been filed through the Court's ECF system and notice has been electronically served on all counsel of record. Parties may access this filing through the Court's system.

Brandon W. Smith
Morgan & Morgan
426 Bank Street, Suite 300
New Albany, IN  47150
*Attorney for Plaintiff*


      /s/   Jessica N. Hamilton


KOPKA PINKUS DOLIN PC
550 Congressional Boulevard
Suite 310
Carmel, IN 46032
(317) 818-1360 | office
(317) 818-1390 | fax
jnhamilton@kopkalaw.com