This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

## Melissa Isbell as Natural Mother and next friend of Mikalen Isbell v. Zionsville Donuts Inc.

| | |
|---|---|
| Case Number | 06C01-2205-CT-000542 |
| Court | Boone Circuit Court |
| Type | CT - Civil Tort |
| Filed | 05/05/2022 |
| Status | 05/05/2022 , Pending  (active) |

## Parties to the Case

Defendant   Zionsville Donuts Inc.

Attorney
Jessica Nicole Hamilton
*#3426871, Lead, Retained*

550 Congressional Blvd.
Suite 310
Carmel, IN 46032
317-818-1360(W)

Attorney
Jessica Nicole Hamilton
*#3426871, Retained*

550 Congressional Blvd.
Suite 310
Carmel, IN 46032
317-818-1360(W)

Plaintiff      and next friend of Mikalen Isbell, Melissa Isbell as Natural Mother

Attorney
Brandon W. Smith
*#2816522, Retained*

Morgan & Morgan
426 Bank Street, Suite 300
New Albany, IN 47150
812-670-3313(W)

## Chronological Case Summary

| | |
|---|---|
| 05/05/2022 | **Case Opened as a New Filing** |

| | |
|---|---|
| 05/05/2022 | **Appearance Filed** |
| | Appearance for Plaintiff |
| | For Party:          and next friend of Mikalen Isbell, Melissa Isbell as Natural Mother |
| | File Stamp:          05/05/2022 |

| 05/05/2022 | **Complaint/Equivalent Pleading Filed** |
|---|---|

Complaint

| Filed By: | and next friend of Mikalen Isbell, Melissa Isbell as Natural Mother |
|---|---|
| File Stamp: | 05/05/2022 |

| 05/05/2022 | **Subpoena/Summons Issued** |
|---|---|

Summons to Defendant

| Party: | and next friend of Mikalen Isbell, Melissa Isbell as Natural Mother |
|---|---|
| File Stamp: | 05/05/2022 |

| 05/16/2022 | **Certificate of Service - separately filed** |
|---|---|

Proof of Service

| Filed By: | and next friend of Mikalen Isbell, Melissa Isbell as Natural Mother |
|---|---|
| File Stamp: | 05/16/2022 |

| 08/03/2022 | **Appearance Filed** |
|---|---|

Appearance of Jessica Hamilton

| For Party: | Zionsville Donuts Inc. |
|---|---|
| File Stamp: | 08/03/2022 |

| 08/03/2022 | **Motion for Enlargement of Time Filed** |
|---|---|

Defendant's MET to Respond to Complaint

| Filed By: | Zionsville Donuts Inc. |
|---|---|
| File Stamp: | 08/03/2022 |

| 08/04/2022 | **Order Granting Motion for Enlargement of Time** |
|---|---|

| Judicial Officer: | Schein, Lori N. |
|---|---|
| Order Signed: | 08/03/2022 |

| 08/05/2022 | **Automated ENotice Issued to Parties** |
|---|---|

Order Granting Motion for Enlargement of Time ---- 8/4/2022 : Brandon W. Smith;Jessica Nicole Hamilton

| 09/06/2022 | **Answer to a Complaint Filed** |
|---|---|

Defendant's Answer to Complaint

| Filed By: | Zionsville Donuts Inc. |
|---|---|
| File Stamp: | 09/06/2022 |

## Financial Information

\* Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding balances shown, please contact the Clerk's Office.

**and next friend of Mikalen Isbell, Melissa Isbell as Natural Mother**

Plaintiff

Balance Due (as of 12/22/2022)

0.00

Charge Summary

| Description | Amount | Credit | Payment |
|---|---|---|---|
| Court Costs and Filing Fees | 157.00 | 0.00 | 157.00 |

Transaction Summary

| Date | Description | Amount |
|------|-------------|--------|
| 05/05/2022 | Transaction Assessment | 157.00 |
| 05/05/2022 | Electronic Payment | (157.00) |

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

Boone Circuit Court

STATE OF INDIANA      )        BOONE CIRCUIT/ SUPERIOR COURT
                 ) SS:
COUNTY OF BOONE     )        CAUSE NO.

MELISSA ISBELL as natural mother    )
and next friend of MIKALEN ISBELL    )
                          )
Plaintiff                        )
                          )
v.                            )
                          )
ZIONSVILLE DONUTS INC.       )
                          )
Defendant                   )

## APPEARANCE BY ATTORNEY IN CIVIL CASE

**This Appearance Form must be filed on behalf of every party in a civil case.**

1. The party on whose behalf this form is being filed is:
   Initiating <u>X</u>     Responding _____     Intervening _____; and

   the undersigned attorney and all attorneys listed on this form now appear in this case for the following parties:

   Name of party <u>Melissa Isbell as natural mother and next friend of Mikalen Isbell, Plaintiff</u>

   Address of party *(see Question # 6 below if this case involves a protection from abuse order, a workplace violence restraining order, or a no-contact order)*

   _____

   _____

   Telephone # of party _____

   FAX: _____

   Email Address:_____

          *(List on a continuation page additional parties this attorney represents in this case.)*

2. Attorney information for service as required by Trial Rule 5(B)(2)

Name: <u>Brandon W. Smith</u> Atty Number: <u>#28165-22</u>

Address: <u>Morgan & Morgan, 426 Bank Street, Suite 300, New Albany, IN 47150</u>

Phone: <u>(812) 670-3313</u>

FAX:<u> (812) 850-6875</u>

Email Address: <u>brandonsmith@forthepeople.com</u>

*(List on continuation page additional attorneys appearing for above party)*

3.   This is a <u>CT</u> case type as defined in administrative Rule 8(B)(3).

4.   I will accept service from other parties by:

FAX at the above noted number:  Yes \_\_\_\_ No <u>X</u>

Email at the above noted number:  Yes \_\_\_\_ No <u>X</u>

*5.* This case involves child support issues. Yes \_\_\_\_ No <u>X</u>  *(If yes, supply social security numbers for all family members on a separately attached document filed as confidential information on **light green paper**.  Use Form TCM-TR3.1-4.)*

6.   This case involves a protection from abuse order, a workplace violence restraining order, or a no – contact order.  Yes \_\_\_\_ No <u>X</u> *(If Yes, the initiating party must provide an address for the purpose of legal service but that address should not be one that exposes the whereabouts of a petitioner.)*  The party shall use the following address for purposes of legal service:

_____        Attorney's address

_____        The Attorney General Confidentiality program address

(contact the Attorney General at 1-800-321-1907 or e-mail

address is

**confidential@atg.in.gov)**.

_____        Another address (provide)

_____

7.   This case involves a petition for involuntary commitment.  Yes \_\_\_\_ No <u>X</u>

8.   If Yes above, provide the following regarding the individual subject to the petition for involuntary commitment:

a.  Name of the individual subject to the petition for involuntary commitment if it is not already provided in #1 above:
_____

b. State of Residence of person subject to petition: _____

c. At least one of the following pieces of identifying information:
   (i) Date of Birth _____
   (ii) Driver's License Number _____
       State where issued _____ Expiration date _____
   (iii) State ID number _____
       State where issued _____ Expiration date _____
   (iv) FBI number _____
   (v) Indiana Department of Corrections Number
       _____
   (vi) Social Security Number is available and is being provided in an
       attached confidential document Yes _____ No _____

9. There are related cases: Yes _____ No X *(If yes, list on continuation page.)*

10. Additional information required by local rule:

   _____

11. There are other party members: Yes _____ No X *(If yes, list on continuation page.)*

12. This form has been served on all other parties and Certificate of Service is attached:
    Yes___ No X__

                                        Respectfully submitted,

                                        *s/ Brandon W. Smith*
                                        Brandon W. Smith  #28165-22
                                        Morgan & Morgan
                                        426 Bank Street, Suite 300
                                        New Albany, IN 47150
                                        (812) 670-3313 (t)
                                        (812) 850-6875 (f)
                                        brandonsmith@forthepeople.com
                                        *Counsel for Plaintiff*

Case 1:23-cv-00081-JRS-TAB   Document 1-1   Filed 01/13/23   Page 7 of 22 PageID #: 11

06C01-2205-CT-000542
Boone Circuit Court

Filed: 5/5/2022 3:19 PM
Clerk
Boone County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) | BOONE CIRCUIT/ SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF BOONE | ) | CAUSE NO. |

| | |
|---|---|
| MELISSA ISBELL as natural mother and next friend of MIKALEN ISBELL | ) ) ) |
| Plaintiff | ) ) |
| v. | ) ) |
| ZIONSVILLE DONUTS INC. | ) ) |
| Defendant | ) |

### COMPLAINT AND JURY DEMAND

Plaintiff, by counsel, states as follows for her Complaint:

1.     At all relevant times, Plaintiff Melissa Isbell was the natural mother and next friend of her daughter, Mikalen Isbell, and both permanently resided and were domiciled in Hamilton County, Indiana.

2.     At all relevant times, Defendant Zionsville Donuts Inc. was an Indiana Domestic For-Profit Corporation that owned, controlled, operated, and maintained a "Dunkin'"-branded restaurant located at 6842 Whitestown Parkway, Zionsville, Indiana, 46077, through its owners, managers, employees, agents, and assigns.

3.     This lawsuit alleges a tort injury that occurred in Boone County, Indiana, making this Court a proper and preferred venue to hear the action.

4.     On or about September 1, 2021, Melissa Isbell and her daughter Mikalen were business invitees at Defendant's restaurant located at 6842 Whitestown Parkway, Zionsville, Indiana, 46077.

5.      Melissa ordered some items through the drive-up, including a hot tea.

6.    Unknown to Melissa and Mikalen, Defendant failed to properly secure the lid on the hot tea which allowed the hot tea to spill onto Mikalen's lap.

7.    As a direct and proximate result of Defendant's negligence, Mikalen sustained serious bodily injury.

8.    As a direct and proximate result of Mikalen's injuries, Plaintiff incurred or expects to incur the following:  past and future medical bills and related expenses and past and future pain and suffering, both physical and mental.

WHEREFORE, Plaintiff demands judgment against Defendant, compensatory damages, as shown by evidence, for the following:  past and future medical bills and related expenses, and past and future pain and suffering, both physical and mental.

Plaintiff further demands **TRIAL BY JURY,** judgment interest (where allowed by law), costs and expenses (where allowed by law), and any other relief the Court believes just and proper.

Respectfully submitted,

*s/ Brandon W. Smith*
Brandon W. Smith   #28165-22
Morgan & Morgan
426 Bank Street, Suite 300
New Albany, IN 47150
(812) 670-3313 (t)
(812) 850-6875 (f)
brandonsmith@forthepeople.com
*Counsel for Plaintiff*


**JURY DEMAND**

Pursuant to TR 38(B), Plaintiff demands trial by jury on all triable issues.

*s/ Brandon W. Smith*
*Counsel for Plaintiff*

STATE OF INDIANA ) BOONE CIRCUIT/ SUPERIOR COURT
) SS:
COUNTY OF BOONE ) CAUSE NO.:

MELISSA ISBELL as natural mother )
and next friend of MIKALEN ISBELL )
)
 Plaintiff, )
)
v. )
)
ZIONSVILLE DONUTS INC. )
)
Defendant )

## SUMMONS

THE STATE OF INDIANA TO:  CORPORATION SERVICE COMPANY
135 North Pennsylvania Street, Suite 1610
Indianapolis, IN 46204

You have been sued by the Plaintiff in the Court stated above.

The nature of the suit against you is stated in the complaint, which is attached to this summons.  It also states the demand, which the Plaintiff has made against you.

You or your attorney must answer the petition in writing and your written answer must be filed with the Court within twenty (20) days after you receive this summons or within twenty-three (23) days if you received this summons by mail, or a judgment will be entered against you for what the Plaintiff has demanded in the attached petition.

If you deny the demand, or if you have a claim against the Plaintiff, you must assert it in your written answer.

It is suggested that you immediately consult an attorney of your choice regarding this matter.

The following manner of service of summons is hereby designated:

5/5/2022                      CERTIFIED MAIL

Dated: _____, 2022

_____
CLERK, BOONE COUNTY CIRCUIT/SUPERIOR

SEAL
BOONE COUNTY
INDIANA

STATE OF INDIANA      )                                  BOONE CIRCUITCOURT
                            ) SS:
COUNTY OF BOONE     )               CAUSE NO. 06C01-2205-CT-000542

MELISSA ISBELL as natural mother   )
and next friend of MIKALEN ISBELL   )
                                     )
Plaintiff                          )
                                   )
v.                              )
                                 )
ZIONSVILLE DONUTS INC.      )
                                 )
Defendant

## NOTICE OF PROOF OF SERVICE

Plaintiffs, by counsel, herby gives notice that a copy of the Appearance,

Summons, and Complaint were served via United States certified mail, return receipt

requested to the following registered agent with service perfected on the noted date:

Corporation Service Company
135 North Pennsylvania Street, Suite 1610
Indianapolis, IN 46204
**May 10, 2022**

The signed certified mail return receipt green card is attached to this Notice as

Exhibit A.

Respectfully submitted,

*s/ Brandon W. Smith*
Brandon W. Smith   #28165-22
Morgan & Morgan
426 Bank Street, Suite 300
New Albany, IN 47150
(812) 670-3313 (t)
(812) 850-6875 (f)
brandonsmith@forthepeople.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was filed through the Court's electronic filing system on the 16th day of May 2022, and United States regular mail to the following:

Corporation Service Company
135 North Pennsylvania Street, Suite 1610
Indianapolis, IN 46204

*s/ Brandon W. Smith*
*Counsel for Plaintiff*

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Corporation Service Company
135 North Pennsylvania St.
Suite 1610
Indianapolis IN 46204

9590 9402 6921 1104 0428 91

2. Article Number *(Transfer from service label)*

7021 1970 0000 9988 5778

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

Boone County, Indiana

A. Signature
X  Mary Colero
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

*Isbell - Int. Pleadings* Domestic Return Receipt

STATE OF INDIANA                          IN THE BOONE CIRCUIT COURT

COUNTY OF BOONE                           CAUSE NO.: 06C01-2205-CT-000542

MELISSA ISBELL AS NATURAL MOTHER
AND NEXT FRIEND OF MIKALEN ISBELL,

      Plaintiff,

v.

ZIONSVILLE DONUTS, INC.,

      Defendant.

## <u>E-FILING APPEARANCE BY ATTORNEY UNDER TRIAL RULE 3.1</u>

Party Classification:  Initiating:_____  Responding:  __X__  Intervening: _____

1.     The undersigned attorney appears in this case for the following party member:

### ZIONSVILLE DONUTS, INC. d/b/a Dunkin Donuts

2.     Attorney information for service as required by Trial Rule 5(B)(2):

Jessica N. Hamilton          Atty. No.    34268-71
KOPKA PINKUS DOLIN PC    Telephone:  (317) 818-1360
550 Congressional Boulevard    Facsimile:   (317) 818-1390
Suite 310                Email:       jnhamilton@kopkalaw.com
Carmel, IN 46032

**IMPORTANT:**  Each attorney specified on this Appearance:

(a)    certified that the contact information listed for him/her on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date of this Appearance;

(b)    acknowledges that all orders, opinions, and notices from the court in this matter that are served under Trial Rule 86(G) will be sent to the attorney at the email addresses specified by the attorney on the Roll of Attorneys regardless of the contact information listed above for the attorney; and

(c)    understands that he/she is solely responsible for keeping his/her Roll of Attorneys contact information current and accurate, see Ind. Admis. Disc. R. 2(A).

3.     Case Type requested under Administrative Rule 8(b)(3):  **CT**

4.      I will accept service by fax at the above noted number:  **No**

I will accept service by email at the above noted address:  **Yes**

5.      This case involves child support issues:  **No**

6.      This case involves a protection from abuse order, a workplace violence restraining order, or a no-contact order:  **No**

7.      This case involves a petition for involuntary commitment:  **No**

8.      Are there related cases:  **No**

9.      Additional information required by local rule:  **No**

10.     Are there other party members:  **No**

11.     This form has been served on all other parties and a Certificate of Service is attached.


Respectfully Submitted,

KOPKA PINKUS DOLIN PC


By:  ___*/s/ Jessica N. Hamilton*_____
      Jessica N. Hamilton (#34268-71)
      Attorney for Defendant, Zionsville Donuts, Inc.


## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2022, I electronically filed the foregoing document using the Indiana E-Filing System (IEFS). I further certify that the following persons were served on the same date using the IEFS:

Brandon W. Smith
Morgan & Morgan
426 Bank Street, Suite 300
New Albany, IN  47150
brandonsmith@forthepeople.com


*/s/ Jessica N. Hamilton*_____

STATE OF INDIANA                          IN THE BOONE CIRCUIT COURT

COUNTY OF BOONE                           CAUSE NO.: 06C01-2205-CT-000542

MELISSA ISBELL AS NATURAL MOTHER
AND NEXT FRIEND OF MIKALEN ISBELL,

     Plaintiff,

v.

ZIONSVILLE DONUTS, INC.,

     Defendant.

## DEFENDANT, ZIONSVILLE DONUTS, INC.'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendant, Zionsville Donuts, Inc. d/b/a Dunkin Donuts, by counsel, respectfully requests the Court for an extension of time of thirty (30) days in which to answer or otherwise respond to Plaintiff's Complaint, up to, and including, September 6, 2022, and in support would show the Court as follows:

1. That Plaintiff's Complaint was filed with this Court on or about May 5, 2022.

2. Undersigned counsel for Defendant, Zionsville Donuts, Inc. d/b/a Dunkin Donuts, just received notice of this pending lawsuit and accepted the assignment on August 3, 2022.

3. That undersigned counsel requests additional time to enable counsel to confer with their client, to review the facts, and to prepare appropriate responses.

4. That no prejudice to Plaintiff will result in Defendant's enlargement of time to file its responsive pleading.

5. Counsel for Plaintiff was contacted regarding this extension and does not have an objection.

**WHEREFORE**, Defendant, Zionsville Donuts, Inc. d/b/a Dunkin Donuts, respectfully requests this Court for an additional thirty (30) days in which to answer, or otherwise respond, to Plaintiff's Complaint up to, and including, September 6, 2022 and for all other relief just and proper in the premises.

Respectfully Submitted,

KOPKA PINKUS DOLIN PC

By:   */s/ Jessica N. Hamilton*
      Jessica N. Hamilton (#34268-71)
      Attorney for Defendant, Zionsville Donuts, Inc.
      d/b/a Dunkin Donuts

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 3, 2022, I electronically filed the foregoing document using the Indiana E-Filing System (IEFS). I further certify that the following persons were served on the same date using the IEFS:

Brandon W. Smith
Morgan & Morgan
426 Bank Street, Suite 300
New Albany, IN  47150
brandonsmith@forthepeople.com

*/s/ Jessica N. Hamilton*

KOPKA PINKUS DOLIN PC
550 Congressional Blvd.
Suite 310
Carmel, IN  46032
Tel:     (317) 818-1360
Fax:     (317) 818-1390
Email: jnhamilton@kopkalaw.com

STATE OF INDIANA                 IN THE BOONE CIRCUIT COURT

COUNTY OF BOONE              CAUSE NO.: 06C01-2205-CT-000542

MELISSA ISBELL AS NATURAL MOTHER
AND NEXT FRIEND OF MIKALEN ISBELL,

     Plaintiff,

v.

ZIONSVILLE DONUTS, INC.,

     Defendant.

**FILED**
August 3, 2022
BOONE COUNTY COURTS
LS

## ORDER

Defendant, Zionsville Donuts, Inc. d/b/a Dunkin Donuts, by counsel, having filed a Motion for Extension of Time to Respond to Plaintiff's Complaint, and the Court, having reviewed the motion and being duly advised in the premises, now finds that said motion should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Defendant, Zionsville Donuts, Inc. d/b/a/ Dunkin Donuts, shall have up to, and including, September 6, 2022, to answer or otherwise respond to Plaintiff's Complaint.

**SO ORDERED** _____August 3, 2022_____.

_____
Judge, Boone Circuit Court

Distribution to parties via IEFS

1

Filed: 9/6/2022 11:34 AM
Boone Circuit Court
Boone County, Indiana

101162/22

STATE OF INDIANA                          IN THE BOONE CIRCUIT COURT

COUNTY OF BOONE                           CAUSE NO.: 06C01-2205-CT-000542

MELISSA ISBELL, AS NATURAL MOTHER
AND NEXT FRIEND OF MIKALEN ISBELL,

      Plaintiff,

v.

ZIONSVILLE DONUTS INC.,

      Defendant.

## DEFENDANT, ZIONSVILLE DONUTS INC.'S ANSWER TO PLAINTIFF'S COMPLAINT, AFFIRMATIVE DEFENSES AND OTHER DEFENSES, AND REQUEST FOR JURY TRIAL

Defendant, Zionsville Donuts, Inc., by counsel, answers Plaintiff's Complaint as follows:

1.    At all relevant times, Plaintiff Melissa Isbell was the natural mother and next friend of her daughter, Mikalen Isbell, and both permanently resided and were domiciled in Hamilton County, Indiana.

**ANSWER: Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 1 of Plaintiff's Complaint, and therefore denies the same.**

2.    At all relevant times, Defendant, Zionsville Donuts Inc. was an Indiana Domestic For-Profit Corporation that owned, controlled, operated, and maintained a "Dunkin"-branded restaurant located at 6842 Whitestown Parkway, Zionsville, Indiana, 46077, through its owners, managers, employees, agents, and assigns.

**ANSWER:   Defendant admits the allegations contained in Paragraph 2 of Plaintiffs' Complaint.**

3.      This lawsuit alleges a tort injury that occurred in Boone County, Indiana, making this Court a proper and preferred venue to hear the action.

**ANSWER: Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 3 of Plaintiff's Complaint, and therefore denies the same.**

4.      On or about September 1, 2021, Melissa Isbell and her daughter Mikalen were business invitees at Defendant's restaurant located at 6842 Whitestown Parkway, Zionsville, Indiana  46077.

**ANSWER: Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 4 of Plaintiff's Complaint, and therefore denies the same.**

5.      Melissa ordered some items through the drive-up, including a hot tea.

**ANSWER: Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 5 of Plaintiff's Complaint, and therefore denies the same.**

6.      Unknown to Melissa and Mikalen, Defendant failed to properly secure the lid on the hot teach which allowed the hot tea to spill onto Mikalen's lap.

**ANSWER: Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 6 of Plaintiff's Complaint, and therefore denies the same.**

7.     As a direct and proximate result of Defendant's negligence, Mikalen sustained serious bodily injury.

**ANSWER: Defendant denies the allegations contained in Paragraph 7 of Plaintiff's Complaint.**

8.     As a direct and proximate result of Mikalen's injuries, Plaintiff incurred or expects to incur the following:  past and future medical bills and related expenses and past and future pain and suffering, both physical and mental.

**ANSWER: Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 8 of Plaintiff's Complaint, and therefore denies the same.**

## AFFIRMATIVE DEFENSES

In further defense against Plaintiff's Complaint, Defendant, Zionsville Donuts, Inc., by counsel, alleges the following affirmative and other defenses.  Defendant, Zionsville Donuts, Inc., reserves the right to amend, supplement, and/or withdraw these defenses as discovery continues as well as further plead defenses upon completion of discovery:

1.     That any allegations or rhetorical paragraphs contained in the Complaint that are not specifically admitted, denied, or responded to, are hereby denied.

2.     That Defendant, Menard, Inc. reserves any and all rights Defendant, Zionsville Donuts, Inc. may have to raise additional defenses, affirmative or otherwise, that may develop during the course of discovery in this action.

3.     That Plaintiff fails to state a claim against Defendant, Menard, Inc. upon which relief can be granted.

4.      That Plaintiff may have been guilty of fault that contributed to the occurrence alleged in the Complaint and therefore Plaintiff's alleged damages are barred or diminished according to the apportion of fault as provided by Indiana law.

5.      That Defendant is entitled to a set-off of the amount of collateral source payments received by Plaintiff, whether received from Defendant or another party, as against any judgment entered in favor of Plaintiff resulting from the incident sued upon.

6.      Plaintiff may have failed to mitigate her damages as required under Indiana law.

7.      The injuries and damages allegedly sustained by Plaintiff may have been the sole and proximate result of the negligence and carelessness of Plaintiff, over which Defendant had no control or right to control.

8.      Plaintiff's claims and injuries were caused by an open and obvious danger. Defendant had no duty toward Plaintiff, including any duty to warn with respect to such an obvious danger.

9.      The liability of all parties, defendants, and non-parties, if any, should be apportioned according to their respective degrees of fault pursuant to I.C. 34-20-7-1 and/or 34-20-8-1, and the liability of Defendant, if any, should be reduced accordingly.

WHEREFORE, Defendant, Zionsville Donuts, Inc., by counsel, requests that Plaintiff take nothing by way of her Complaint, that costs be awarded to Defendant, Zionsville Donuts, Inc., and the Court order all other proper relief.

## JURY DEMAND

Defendant, Zionsville Donuts, Inc., by counsel, demands this cause be tried by a jury.

Respectfully Submitted,

KOPKA PINKUS DOLIN PC


By:   */s/ Jessica N. Hamilton*
      Jessica N. Hamilton (#34268-71)
      Attorney for Defendant, Zionsville Donuts, Inc.


## CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2022, I electronically filed the foregoing document using the Indiana E-Filing System (IEFS). I further certify that the following persons were served on the same date using the IEFS:

Brandon W. Smith
Morgan & Morgan
426 Bank Street, Suite 300
New Albany, IN  47150


      */s/ Jessica N. Hamilton*


KOPKA PINKUS DOLIN PC
550 Congressional Blvd.
Suite 310
Carmel, IN  46032
Tel:    (317) 818-1360
Fax:    (317) 818-1390
Email: jnhamilton@kopkalaw.com