| | | |
|---|---|---|
| STATE OF INDIANA | ) | BOONE CIRCUIT/ SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF BOONE | ) | CAUSE NO. |

MELISSA ISBELL as natural mother )
and next friend of MIKALEN ISBELL )
                                              )
Plaintiff                           )
                                              )
v.                                )
                                              )
ZIONSVILLE DONUTS INC.        )
                                              )
Defendant

## COMPLAINT AND JURY DEMAND

Plaintiff, by counsel, states as follows for her Complaint:

1.     At all relevant times, Plaintiff Melissa Isbell was the natural mother and next friend of her daughter, Mikalen Isbell, and both permanently resided and were domiciled in Hamilton County, Indiana.

2.     At all relevant times, Defendant Zionsville Donuts Inc. was an Indiana Domestic For-Profit Corporation that owned, controlled, operated, and maintained a "Dunkin'"-branded restaurant located at 6842 Whitestown Parkway, Zionsville, Indiana, 46077, through its owners, managers, employees, agents, and assigns.

3.     This lawsuit alleges a tort injury that occurred in Boone County, Indiana, making this Court a proper and preferred venue to hear the action.

4.     On or about September 1, 2021, Melissa Isbell and her daughter Mikalen were business invitees at Defendant's restaurant located at 6842 Whitestown Parkway, Zionsville, Indiana, 46077.

5.     Melissa ordered some items through the drive-up, including a hot tea.

6. Unknown to Melissa and Mikalen, Defendant failed to properly secure the lid on the hot tea which allowed the hot tea to spill onto Mikalen's lap.

7. As a direct and proximate result of Defendant's negligence, Mikalen sustained serious bodily injury.

8. As a direct and proximate result of Mikalen's injuries, Plaintiff incurred or expects to incur the following: past and future medical bills and related expenses and past and future pain and suffering, both physical and mental.

WHEREFORE, Plaintiff demands judgment against Defendant, compensatory damages, as shown by evidence, for the following: past and future medical bills and related expenses, and past and future pain and suffering, both physical and mental.

Plaintiff further demands **TRIAL BY JURY,** judgment interest (where allowed by law), costs and expenses (where allowed by law), and any other relief the Court believes just and proper.

Respectfully submitted,

*s/ Brandon W. Smith*
Brandon W. Smith   #28165-22
Morgan & Morgan
426 Bank Street, Suite 300
New Albany, IN 47150
(812) 670-3313 (t)
(812) 850-6875 (f)
brandonsmith@forthepeople.com
*Counsel for Plaintiff*

## JURY DEMAND

Pursuant to TR 38(B), Plaintiff demands trial by jury on all triable issues.

*s/ Brandon W. Smith*
*Counsel for Plaintiff*